[No. 10,897.   In Bank. — March 12, 1884.]

## THE PEOPLE, RESPONDENT, *v.* THE MEIGGS' WHARF COMPANY (A CORPORATION), APPELLANT.

APPEAL — JURISDICTION OF SUPREME COURT — POLICE COURT — JUDGMENT. — The Supreme Court has no jurisdiction of an appeal from a judgment of the Superior Court, affirming a judgment of the police court, adjudging a defendant guilty of a misdemeanor, and imposing a fine of fifty dollars.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

The defendant was notified and commanded by the proper authorities of the city and county of San Francisco, to construct a sewer along the streets upon which certain lots, the property of defendant, fronted, and upon a refusal to comply with the order, was convicted in the police court of a misdemeanor and fined fifty dollars. The remaining facts are stated in the opinion of the court.

*Doyle, Barber, Galpin & Scripture,* for Appellant.

*Attorney-General,* for Respondent.

The COURT. — This is a motion to dismiss an appeal by defendant from a judgment of the Superior Court, affirming a judgment of the Police Court, adjudging the defendant guilty of a misdemeanor, and imposing a fine of fifty dollars. The case is not "a criminal case prosecuted by indictment or information in a court of record." (Const. art. vi. § 4.) This court has no jurisdiction.

The appeal is dismissed.